**THIS ORDER IS APPROVED.**

**Dated: May 27, 2010**



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Mary Jane Knapp, | ) | Case No. 4:10-bk-08209-JMM |
| Arthur Richard Knapp, | ) | |
| | ) | ORDER DELAYING |
| | ) | ENTRY OF DISCHARGE |
| Debtors. | ) | |
| | ) | |
| | ) | |

Based upon the *Trustee's Motion to Delay Entry of Discharge*, and good cause appearing for the relief requested therein,

IT IS HEREBY ORDERED that the Clerk shall not enter a Discharge until the Trustee notifies the Court that the Debtors have complied fully with her requests or until the Trustee files a Report of No Distribution.

DATED AND SIGNED ABOVE

1